UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANN M. RUPP,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 13-cv-05975 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 21). Plaintiff's Motion to Withdraw the Complaint is **GRANTED** and this matter is **DISMISSED.**

(2) The Clerk is directed to close the case.

(3) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 9th day of May, 2014.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge